**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAMON T. DORRIS, | ) | Case No. 16-40251 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Kathy A. Surratt-States |
| DANIEL J. CASAMATTA, | ) | |
| ACTING UNITED STATES TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 16-4025 |
| v. | ) | |
| CRITIQUE SERVICES, L.L.C., | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BEVERLY HOLMES DILTZ, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RENEE MAYWEATHER, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF MAILING

COMES NOW the undersigned and hereby certifies that the originals of Defendants' Critique Services, LLC and Beverly Holmes Diltz Interrogatories **and** Defendants' Critique Services, LLC and Beverly Holmes Diltz Request for Production of Documents were delivered by depositing in the U.S. mail, postage prepaid and a copy of each in MS Word format was sent by separate email (Paul.A.Randolph@usdoj.gov); (adam.e.miller@usdoj.gov); (lawyer@lickerlawfirm.com) this __8th__ day of March, 2016, to: **Mr. Paul A. Randolph**, **U.S. Trustee**, Office of The United States Trustee, 111

South 10th Street, Suite 6.353, St. Louis, Missouri 63102; **Mr. John V. LaBarge, Jr**, Chapter 13 Trustee, P.O. Box 430908, St. Louis, Missouri 63143; **Mr. Adam E. Miller**, 400 East 9th Street, Suite 3440, Kansas City, Missouri 64106; and **Mr. Wesley C Gotschall**, A&L Licker Law Firm, 1861 Sherman Drive, St. Charles, Missouri 63303.

Respectfully submitted,
Attorney for Critique Services, LLC and
Beverly Holmes-Diltz

/s/ Laurence D. Mass
Laurence D. Mass         #30977MO
230 South Bemiston, Suite 1200
St. Louis, Missouri 63105
Phn:  (314) 862-3333, Ext. 20
Fax:  (314) 862-0605
Email: laurencedmass@att.net

## CERTIFICATE OF SERVICE

By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

By: /s/ Laurence D. Mass