**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAMON T. DORRIS, | ) | Case No. 16-40251 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Kathy A. Surratt-States |
| DANIEL J. CASAMATTA, | ) | |
| ACTING UNITED STATES TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 16-4025 |
| v. | ) | |
| CRITIQUE SERVICES, L.L.C., | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BEVERLY HOLMES DILTZ, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RENEE MAYWEATHER, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF MAILING**

COMES NOW the undersigned and hereby certifies that the originals of <u>Defendants'</u> <u>Critique Services, LLC and Beverly Holmes Diltz Substituted Interrogatories</u> **and** <u>Defendants' Critique Services, LLC and Beverly Holmes Diltz Substituted Request for Production of Documents</u> were delivered by depositing in the U.S. mail, postage prepaid and a copy of each in MS Word format was sent by separate email (Paul.A.Randolph@usdoj.gov); (adam.e.miller@usdoj.gov); (lawyer@lickerlawfirm.com) this   17th   day of March, 2016, to: **Mr. Paul Randolph**, U.S. Trustee, Office of The United

States Trustee, 111 South 10th Street, Suite 6.353, St. Louis, Missouri 63102; **Mr. Adam E. Miller**, U.S. Trustee, 400 East 9th Street, Suite 3440, Kansas City, Missouri 64106; **Mr. John V. LaBarge, Jr**, Chapter 13 Trustee, P.O. Box 430908, St. Louis, Missouri 63143; and **Mr. Wesley C Gotschall**, A&L Licker Law Firm, 1861 Sherman Drive, St. Charles, Missouri 63303.

>Respectfully submitted,
>Attorney for Critique Services, LLC and
>Beverly Holmes-Diltz
>
>/s/  Laurence D. Mass
>Laurence D. Mass            #30977MO
>230 South Bemiston, Suite 1200
>St. Louis, Missouri 63105
>Phn: (314) 862-3333, Ext. 20
>Fax: (314) 862-0605
>Email: laurencedmass@att.net

## CERTIFICATE OF SERVICE

By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

>By: /s/  Laurence D. Mass