UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAMON T. DORRIS, | ) | Case No. 16-40251 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Kathy A. Surratt-States |
| DANIEL J. CASAMATTA, | ) | |
| ACTING UNITED STATES TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 16-4025 |
| v. | ) | |
| CRITIQUE SERVICES, L.L.C., | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BEVERLY HOLMES DILTZ, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RENEE MAYWEATHER, | ) | |
| Defendant. | ) | |

**MOTION FOR CHANGE OF TIME OF HEARING**

COMES NOW Respondents Critique Services, LLC and Beverly Holmes Diltz and moves this Court to change the time for the hearing scheduled in the above-captioned matter on June 7, 2016 for the following reasons:

1. At the conclusion of the hearing in the above-captioned matter on May 24, 2016, the Court set the next hearing in this matter for June 7, 2016 at 10:00 a.m.

2. Shortly thereafter, United States District Court Judge Ronald White set a hearing in Appeals by Critique Services, LLC and others of Judgments and Orders entered by Judge

Page 1 of 2

Rendlen in the case of Evette Nicole Reed, U.S. District Court Case No. 14-44818-705 and other cases for a conference at 10:30 a.m. that morning.

      3.      In order to review with the Bankruptcy Court the progress made toward reaching an agreement in the above-captioned adversary proceeding, Critique Services, LLC requests that this Court reschedule its 10:00 a.m. hearing so as not to conflict with the hearing set by the District Court to 1:30 p.m. on June 7, 2016.

WHEREFORE, Respondents Critique Services, LLC and Beverly Holmes Diltz pray that this Honorable Court reset the time for the hearing on June 7, 2016 to 1:30 p.m. and grant such other and further relief as the Court deems just under the circumstances herein.

                Respectfully submitted,
                Attorney for Critique Services, LLC and
                    Beverly Holmes-Diltz

/s/ Laurence D. Mass
Laurence D. Mass      #30977MO
230 South Bemiston, Suite 1200
St. Louis, Missouri 63105
Phn:  (314) 862-3333, Ext. 20
Fax:  (314) 862-0605
Email: laurencedmass@att.net

## CERTIFICATE OF SERVICE

By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

                By: /s/ Laurence D. Mass